[No. 6,470.]

## CITY AND COUNTY OF SAN FRANCISCO v. SPRING VALLEY WATER WORKS.

ASSESSMENT—CONSTITUTIONAL LAW—TAXATION—CAPITAL.

Department No. 2, by the COURT:

Upon the authority of the *City and County of San Francisco* v. *S. V. W. Works*, 54 Cal. 571, judgment reversed, and cause remanded to the Superior Court of the City and County of San Francisco, with directions to overrule the demurrer to the complaint, with leave to the defendant to answer within the time usually allowed.